IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:11cr00219-001 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JULIE GILMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on November 28, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of her probation. The defendant was present and represented by Debra Hughes.

The September 30, 2011, violation report was referred to United States Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings, except sentencing, and for the issuance of a Report and Recommendation. The Report and Recommendation was issued on November 10, 2011, and no objections were filed by either plaintiff or defendant. The Court adopted the findings of Magistrate Judge Burke and, after considering the allegations and the evidence, found that defendant had violated the terms of her probation as follows:

    1) engaging in new criminal conduct;

    2) failure to comply with substance abuse aftercare;

    3) illicit drug use.

The Court, after considering defendant's background and Sec. 3553(a) factors, imposed a

sentence of seven months of incarceration with credit for time served.  Upon release from incarceration by the Bureau of Prisons defendant shall serve a supervised release period of three years.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: November 28, 2011                           *s/    James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE