IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:11cr00219-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JULIE GILMAN, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter was heard on July 11, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release.  The defendant was present and represented by Attorney Edward Bryan.

     The original violation report was referred to Magistrate Judge White who issued a Report and Recommendation on June 13, 2013.  No objections being filed to the Report and Recommendation the Court adopted same and found the following conditions of supervision had been violated:

          1) new criminal charges and convictions for

          unauthorized and illegal use of controlled substances

     The Court, after entertaining statements from the parties, committed defendant to the Bureau of Prisons for a term of 5 months and granted credit for time served in federal custody on the instant violations.  Upon release from incarceration defendant shall serve an additional term of supervised release of 18 months under the conditions previously imposed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

Dated: July 11, 2013    *s/    James S. Gwin*
                        JAMES S. GWIN
                        UNITED STATES DISTRICT JUDGE